UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TSVETAN SHEVEN TORBOV,<br><br>　　　　　Plaintiff,<br>　v.<br><br>KATERINA D. SHIKOFF,<br><br>　　　　　Defendant.<br>_____ | Case No.: C 10-03864 PVT<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

　　　　On September 27, 2010, defendant Katerina D. Shikoff moved to remand the above-captioned action. This case has been assigned to a Magistrate Judge. Before the court takes any action on the motion to remand, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

　　　　IT IS HEREBY ORDERED that no later than October 15, 2010, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)

1 | section of the court's website at www.cand.uscourts.gov.

2 | Dated: September 29, 2010

3 | _____
PATRICIA V. TRUMBULL
4 | United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*