UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TSVETEN S. TORBOV,            )<br>                              )<br>             Plaintiff,      )<br>                              )<br>     v.                       )<br>                              )<br>                              )<br>KATERINA SHIKOFF,             )<br>                              )<br>             Defendant.       )<br>_____) | Case No.: C 10-03864 PVT<br><br>**ORDER CONTINUING NOVEMBER 16, 2010 HEARING**<br><br>**[Docket No. 11]** |

On September 27, 2010, defendant Katerina Shikoff moved to remand the above-captioned action and noticed a hearing on the motion for November 16, 2010. In or around October 14, 2010, plaintiff Tsveten S. Torbov requested that any pending deadlines be continued 180 days to accommodate his current medical condition. Specifically, he describes lower back and spine issues, which may require him to undergo surgery. *See* Docket No. 11. Having reviewed plaintiff Torbov's request,

IT IS HEREBY ORDERED that the hearing on defendant Shikoff's motion to remand is continued to January 11, 2011. Plaintiff Torbov's opposition, if any, shall be filed no later than December 21, 2010. Defendant Shikoff's reply, if any, shall be filed no later than December 28,

1 | 2010.
2 |     IT IS SO ORDERED.
3 | Dated: November 11, 2010

PATRICIA V. TRUMBULL
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 3*